IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY D. GRANT,

    Plaintiff,                    No. 2:07-cv-2700-JAM-JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER[1], et al.,

    Defendants.            /      ORDER

        Plaintiff is a civil detainee committed to Atascadero State Hospital under California's Sexually Violent Predators Act proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

/////

/////

---

[1] Identified in the complaint as Govorner Arnold Swartzinager.

1

1    The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
2 and 28 U.S.C. § 1915A(b).[2]  If the allegations of the complaint are proven, plaintiff has a
3 reasonable opportunity to prevail on the merits of this action.
4    In accordance with the above, IT IS HEREBY ORDERED that:
5    1. Plaintiff's request for leave to proceed in forma pauperis is granted.
6    2. Service is appropriate for the following defendants:  Governor Arnold
7 Schwarzenegger; Stephen Mayberg, Director, California Department of Mental Health[3]; John D.
8 Moralis, Director, Atascadero State Hospital; and Gabriella Paladino.
9    3. The Clerk of the Court shall send plaintiff four USM-285 forms, one
10 summons, an instruction sheet and a copy of the complaint filed December 14, 2007.
11    4. Within thirty days from the date of this order, plaintiff shall complete the
12 attached Notice of Submission of Documents and submit the following documents to the court:
13        a. The completed Notice of Submission of Documents;
14        b. One completed summons;
15        c. One completed USM-285 form for each defendant listed in number 2
16        above; and
17        d. Five copies of the endorsed complaint filed December 14, 2007.
18    5. Plaintiff need not attempt service on defendants and need not request waiver of
19 service.  Upon receipt of the above-described documents, the court will direct the United States
20 /////
21 /////

---

[2] Plaintiff has named the Secretary of Health Services for the State of California as a Doe defendant in this action.  The court cannot order service of process on this defendant as identified in the complaint.  Plaintiff may, as appropriate, seek leave to amend his complaint if and when he identifies this individual by name.

[3] Identified in the complaint as "Mr. Mayburg, Director of Mental Health Dept., State of California."

Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 3, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
gran2700.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY D. GRANT, | | |
| | Plaintiff, | No. 2:07-cv-2700-JAM-JFM (PC) |
| vs. | | |
| GOVERNOR ARNOLD SCHWARZENEGGER, et al., | | <u>NOTICE OF SUBMISSION</u> |
| | Defendants. | <u>OF DOCUMENTS</u> |
| _____/ | | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                                   Complaint/Amended Complaint

DATED:

                                             _____
                                             Plaintiff