IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY D. GRANT,

        Plaintiff,                  No. 2:07-cv-2700-JAM-JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

        Defendants.         <u>ORDER</u>

                                  /

        Plaintiff is a civil detainee committed to Atascadero State Hospital under California's Sexually Violent Predators Act proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2009, defendants filed a request for leave to file late a responsive pleading together with a proposed motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' April 28, 2009 request is granted;

        2. Defendants' April 28, 2009 motion to dismiss is deemed timely filed;

        3. Plaintiff's opposition to defendants' motion shall be filed and served not later than twenty-one days from the date this order is filed;

/////

1

4. Defendants' reply, if any, shall be filed and served not later than seven days thereafter; and

5. Failure to file an opposition to the motion to dismiss will result in a recommendation that this action be dismissed.

DATED: May 5, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
gran2700.ext