IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY D. GRANT,

       Plaintiff,                      No. 2:07-cv-2700-JAM-JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

       Defendants.               ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 10, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 10, 2010 are adopted in full;

2. Defendants' April 28, 2009 motion to dismiss is granted as to defendant Schwarzenegger and as to plaintiff's prayer for injunctive relief and denied in all other respects; and

2. Defendants Mayberg, DeMorales and Paladino are directed to answer the complaint within ten days from the date of this order.

DATED: March 15, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

2