IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY D. GRANT,

        Plaintiff,                    No. 2:07-cv-2700 JAM JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

        Defendants.             ORDER

        Plaintiff has moved for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's March 26, 2010 motion
2 for the appointment of counsel is denied.
3 DATED: April 5, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
gran2700.31