IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY D. GRANT,

      Plaintiff,                   No. 2:07-cv-2700-JAM-JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

      Defendants.              <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On April 5, 2010, plaintiff filed a reply to defendants' answer to plaintiff's complaint. Rule 7 of the Federal Rules of Civil Procedure provides for a reply to an answer only if ordered by the court. <u>See</u> Fed. R. Civ. P. 7(a). The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's April 5, 2010 reply to defendants' answer shall be disregarded.

DATED: April 15, 2010.

                                       UNITED STATES MAGISTRATE JUDGE

12;gran2700.77e