IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY D. GRANT,

        Plaintiff,                    No. 2:07-cv-2700-JAM-JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff has filed a motion for reconsideration of this court's April 16, 2010 order denying plaintiff's request for appointment of counsel. After review of the record, and good cause appearing, the court has requested the voluntary assistance of counsel to represent plaintiff in this action and Joe Ramsey, Esq., has agreed to represent plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 19, 2010 motion for reconsideration is granted;

        2. Joe Ramsey, Esq., 601 University Avenue, Suite 250, Sacramento, CA 95825, is appointed to represent plaintiff; and

        3. The Clerk of the Court is directed to send Mr. Ramsey a copy of this court's February 10, 2010 findings and recommendations filed in this action on February 10, 2010, a

/////

1

1 | copy of the district court's March 15, 2010 order adopting the findings and recommendations,
2 | and a copy of the discovery and scheduling order filed April 6, 2010.
3 | DATED: May 18, 2010.

*[Signature]*
UNITED STATES MAGISTRATE JUDGE

12
gran2700.rec