EDMUND G. BROWN JR.
Attorney General of California
PAUL REYNAGA, State Bar No. 72361
Supervising Deputy Attorney General
ELIZABETH A. LINTON, State Bar No. 231619
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8549
 Fax: (916) 324-5567
 E-mail: Elizabeth.Linton@doj.ca.gov
*Attorneys for CA Dept. of Mental Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY D. GRANT,** | 07-CV-2700-JAM-JFM |
| Plaintiff, | **STIPULATION AND ORDER AMENDING THE COURT'S SCHEDULING ORDER** |
| v. | |
| **SCHWARZENEGGER, ET AL.,** | Action Filed: Dec. 14, 2007 |
| Defendant. | |

The parties to this action hereby stipulate through their attorneys to extend the dates to the Court's scheduling order, as outlined below. The parties respectfully request that the Court order the amendments to the scheduling order set forth herein.

The modification to the scheduling order is necessary because this action was filed in pro per, and the Court recently ordered counsel appointed on May 19, 2010. The current discovery deadline in the case is July 2, 2010. The attorneys have conferred regarding discovery they need to conduct. Given Plaintiff counsel's recent appointment to the case, the parties do not believe that they can complete discovery before July 2, 2010. Accordingly, the parties request a three month extension of the current discovery deadline to October 1, 2010. Since both parties are now

1

represented by counsel, the parties propose that all future discovery comply with time limits set forth in the Federal Rules of Civil Procedure, rather than the time-frames set forth in the Court's original scheduling order, dated April 6, 2010 (DKT # 29).

In addition, the parties both believe that expert discovery will be necessary in this case. The parties have discussed an expert discovery schedule, and believe that they can complete expert discovery, including disclosures and reports required by Federal Rule of Civil Procedure 26(a)(2), within the dates set forth in the chart below.

Accordingly, the parties respectfully request that the Court order the following modifications to its scheduling order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Factual Discovery & Factual Discovery Motions Cut-Off | July 2, 2010 | October 1, 2010 |
| Expert Designations & Reports | None | October 29, 2010 |
| Rebuttal Designations & Reports | None | November 24, 2010 |
| Expert Discovery Cut-Off | None | December 20, 2010 |
| Pre-Trial Motion Cut-Off | September 24, 2010 | February 18, 2011 |

Consistent with the Court's original scheduling order, pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motions or upon the expiration of time for filing such motions.

IT IS SO STIPULATED

///

///

///

///

///

///

2

Stipulation & Order Amending the Court's Scheduling Order  (07-CV-2700-JAM-JFM)

| | |
|---|---|
| Dated: June 7, 2010 | EDMUND G. BROWN JR.<br>Attorney General of California<br>PAUL REYNAGA<br>Supervising Deputy Attorney General<br><br>___/s/ Elizabeth Linton_____<br>ELIZABETH A. LINTON<br>Deputy Attorney General<br>*Attorneys for CA Dept. of Mental Health* |
| Dated: June 7, 2010 | /s/ Joe Ramsey, Esq.<br>___(as authorized on 6/7/2010)_____<br>JOE RAMSEY, ESQ.<br>*Attorney for Grant Gregory* |

IT IS SO ORDERED

Dated: June 8, 2010.

                                                  /s/ John F. Moulds<br>                                                  John F. Moulds<br>                                                  U.S. Magistrate Judge

/gran2700.stip