1  EDMUND G. BROWN JR.
   Attorney General of California
2  PAUL REYNAGA, State Bar No. 72361
   Supervising Deputy Attorney General
3  ELIZABETH A. LINTON, State Bar No. 231619
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-8549
6   Fax: (916) 324-5567
    E-mail: Elizabeth.Linton@doj.ca.gov
7  *Attorneys for Defendants*

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| 13  **GREGORY D. GRANT,** | 07-CV-2700-JAM-JFM |
| 14                     Plaintiff, | **STIPULATION AND ORDER AMENDING THE COURT'S SCHEDULING ORDER** |
| 15       v. | |
| 16  **SCHWARZENEGGER, ET AL.,** | |
| 17                     Defendant. | Action Filed: Dec. 14, 2007 |

19

20       The parties to this action hereby stipulate through their attorneys to extend the dates of the

21  Court's scheduling order and bifurcate discovery so that it is initially limited to the statute of

22  limitations issues, as outlined below. The parties respectfully request that the Court order the

23  amendments to the scheduling order set forth herein.

24       The modification to the scheduling order is necessary because the parties have pursued this

25  litigation in good faith but do not believe that they can complete discovery by the current

26  deadline. This action was filed in pro per. The Court ordered counsel appointed on May 19,

27  2010, through the Eastern District's Pro Bono Panel. The attorneys met and conferred shortly

28  thereafter and determined that they would not be able to complete discovery before the July 2,

1

1  2010 deadline given the recent appointment of Plaintiff's counsel.  They stipulated to amending
2  the Court's scheduling order, and the Court so ordered the change on June 8, 2010.

3  Since that time, the parties have diligently pursued this litigation.  Plaintiff's counsel has
4  travelled to Coalinga in order to meet Plaintiff and discuss the case.  The parties had informal
5  settlement discussions, which were unsuccessful.  They have also been working together to get
6  the necessary documents in this case from Atascadero State Hospital, Coalinga State Hospital,
7  and Santa Cruz County Superior Court.  However, despite their diligence and cooperation, they
8  believe that they will be unable to complete discovery by the current discovery deadline of
9  October 1, 2010.  Accordingly, the parties request a five-week extension of the discovery
10 deadline to November 5, 2010.

11 In addition, the parties have conferred regarding the statute of limitations defense that
12 Defendants raised in this case.  Defendants believe that this case is barred by the statute of
13 limitations.  Based on the discovery that they have been able to conduct thus far, the parties agree
14 that this defense will turn in large part on a determination of when the statute of limitations began
15 to accrue.  Accordingly, the parties would like to bifurcate discovery in this case.  The parties
16 stipulate to stay all discovery in this case other than discovery regarding the statute of limitations
17 issue.  All depositions that are taken will be limited to the statute of limitations issue with the
18 exception of the deposition of Plaintiff, Mr. Gregory Grant.  In the interest of efficiency, Mr.
19 Grant's deposition will not be limited to the statute of limitations issue.

20 The parties stipulate to this bifurcation of discovery because they believe that it will help
21 conserve resources.  Should the parties need to conduct discovery on the merits of this litigation,
22 it will be costly and time-intensive.  It will require numerous depositions of different psychiatrists
23 and medical staff at Coalinga and Atascadero state hospitals.  It will also require expert reports
24 and depositions.  In addition to saving time and resources, neither party should be harmed by the
25 bifurcation since Plaintiff has already received the surgery that is at issue in this litigation.

26 Accordingly, the parties stipulate to bifurcate factual discovery, stay expert discovery, and
27 have an expedited motion for summary judgment on the statute of limitations and other legal
28 issues that do not need additional discovery.  To the extent that Defendants are not successful on

their motion for summary judgment, new deadlines for factual and expert discovery will be set at that time.

Accordingly, the parties stipulate to the following changes to the Court's scheduling order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Factual Discovery & Factual Discovery Motions Cut-Off | October 1, 2010 | November 5, 2010 – limited to statute of limitations issues; all other factual discovery stayed, with the exception of Gregory Grant's deposition. |
| Expert Designations & Reports | October 29, 2010 | stayed |
| Rebuttal Designations & Reports | November 24, 2010 | stayed |
| Expert Discovery Cut-Off | December 20, 2010 | stayed |
| Pre-Trial Motion Cut-Off | February 18, 2011 | December 3, 2010 (for MSJ on statute of limitations and other legal issues) |

Consistent with the Court's original scheduling order, pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motions or upon the expiration of time for filing such motions.

IT IS SO STIPULATED

///

///

///

///

///

///

1 | Dated: September 20, 2010

EDMUND G. BROWN JR.
Attorney General of California
PAUL REYNAGA
Supervising Deputy Attorney General

___/s/ Elizabeth Linton_____
ELIZABETH A. LINTON
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 20, 2010

/s/ Joe Ramsey, Esq.
(as authorized on 9/16/2010)_____
JOE RAMSEY, ESQ.
*Attorney for Grant Gregory*

IT IS SO ORDERED

Dated: October 1, 2010.

/s/ John F. Moulds
John F. Moulds
U.S. Magistrate Judge

gran2700.41amdsec

4

Stipulation & Order Amending the Court's Scheduling Order  (07-CV-2700-JAM-JFM)