IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY D. GRANT,

      Plaintiff,                No. 2:07-cv-2700 KJM JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

      Defendants.         ORDER

                           /

         Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. By order filed September 30, 2011, the district court denied defendants' motion for summary judgment and referred the matter back to the undersigned for further proceedings.

         Good cause appearing, IT IS HEREBY ORDERED that within twenty days from the date of this order the parties shall submit a proposed schedule for further discovery and

/////

/////

/////

/////

1

1  dispositive motion practice in this action.  In the alternative, either party may request that this
2  matter be set for further status conference.
3  DATED: October 11, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
gran2700.o