EDMUND G. BROWN JR.
Attorney General of California
ISMAEL CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
ELIZABETH A. LINTON, State Bar No. 231619
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8549
 Fax: (916) 324-5567
 E-mail: Elizabeth.Linton@doj.ca.gov
*Attorneys for CA Dept. of Mental Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY D. GRANT,** | 07-CV-2700-KJM-JFM |
| Plaintiff, | **STIPULATION AND SCHEDULING ORDER** |
| v. | |
| **SCHWARZENEGGER, ET AL.,** | Action Filed: Dec. 14, 2007 |
| Defendant. | |

On October 11, 2011, the Court ordered the parties to submit a proposed schedule or request a further status conference. The parties have met and conferred and hereby submit this proposed schedule for future deadlines.

The court previously ordered, per the parties' stipulation, the case bifurcated and all discovery stayed other than that related to the statute of limitations issue.[1] (Dkt # 38.) In light of this previous bifurcation, the parties will need to conduct both factual and expert discovery in the case.

---

[1] In the interest of efficiency, Mr. Grant's deposition was not limited solely to the statute of limitations issue.

1

1  Per the parties' previous stipulation and the Court's order, all discovery will comply with
2  time limits set forth in the Federal Rules of Civil Procedure, rather than the time-frames set forth
3  in the Court's original scheduling order dated April 6, 2010 (which was issued when Mr. Grant
4  was appearing *pro se*).  (DKT ## 29, 36.)

5  Plaintiff also requests that the Court consider setting a date for the pretrial conference and
6  trial.  Accordingly, the parties propose the following new dates for the scheduling order:

| Event | Proposed Deadline |
| --- | --- |
| Factual Discovery Cut-Off | March 1, 2012 |
| Expert Designations & Reports | March 29, 2012 |
| Rebuttal Designations & Reports | April 26, 2012 |
| Expert Discovery Cut-Off | May 24, 2012 |
| Pre-Trial Motion Cut-Off (motions to be filed by) | July 26, 2012 |
| Pre –Trial Conference | October 30, 2012 |
| Trial | December 3, 2012 |

IT IS SO STIPULATED

///

///

///

///

///

///

2

| | | |
|---|---|---|
| 1 | Dated:  October 26, 2012 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | | ISMAEL CASTRO<br>Supervising Deputy Attorney General |
| 3 | | |
| 4 | | |
| 5 | | ___/s/ Elizabeth Linton_____<br>ELIZABETH A. LINTON<br>Deputy Attorney General |
| 6 | | *Attorneys for CA Dept. of Mental Health* |

Dated:  October 26, 2012

                                                      /s/ Joe Ramsey, Esq.
                                        (as authorized on 10/26/2012)_____
JOE RAMSEY, ESQ.
*Attorney for Gregory Grant*

After review of the stipulation of the parties and consideration of the district court's calendar, and good cause appearing, IT IS HEREBY ORDERED that the stipulated dates for completion of factual discovery, expert and rebuttal designations and reports, completion of expert discovery, and filing of pretrial motions are all approved.  Pretrial conference is set for October 31, 2012 at 11:00 a.m. before the Honorable Kimberly J. Mueller in Courtroom #3.  The parties shall file a joint pretrial statement on or before October 17, 2012.  Jury trial is set for December 3, 2012 at 9:00 a.m. before the Honorable Kimberly J. Mueller in Courtroom #3.

Dated: November 7, 2011.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/gran2700.so