Joe Ramsey, State Bar #032623
Attorney at Law
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone:    (916) 646-6344
Facsimile:    (916) 646-6345
E-mail:       joe@joeramseylaw.com

C. Athena Roussos, State Bar #192244
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA 95757
Telephone:    (916) 670-7901
Facsimile:    (916) 670-7921
Email:        athena@athenaroussoslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY D. GRANT,<br><br>Plaintiff,<br><br>vs.<br><br>SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No.: 07-CV-2700-JAM-JFM<br><br>**STIPULATION AND ORDER CONCERNING ADMINISTRATION OF OATH FOR DEPOSITION TESTIMONY** |

      Counsel for plaintiff Gregory Grant intends to depose three witnesses to be produced by defendants by video conferencing. Witness Dr. Gabriella Paladino will be deposed on February 14, 2012, from the Axiom Group, 2869 Jolly Road, Okemos, MI, 48864. Witness Dr. Mary Flavin will be deposed on February 15, 2012, from Coalinga State Hospital. Witness Dr. David Fennell will be deposed from Atascadero State Hospital.

      It is hereby stipulated by the undersigned counsel for the respective parties hereto on behalf of their clients that Thomas Lange, CSR, will report the depositions and that he may

administer the oath to each of the deponents from his offices located at 350 University Avenue, Suite 270, Sacramento, California, communicating with them by video conference.

    IT IS SO STIPULATED

Dated: February 8, 2012                    /s/ Joe Ramsey  
                                                 JOE RAMSEY  
                                                 Attorney for Plaintiff

Dated: February 8, 2012                    Kamala D. Harris  
                                                 Attorney General of California  
                                                 Ismael A. Castro  
                                                 Supervising Deputy Attorney General

                                                 /s/ Elizabeth A. Linton  
                                                 (as authorized on 2/7/2012)  
                                                 Elizabeth A. Linton  
                                                 Deputy Attorney General  
                                                 Attorneys for Defendants

    IT IS SO ORDERED

Dated: February 9, 2012.

                                                 /s/ John F. Moulds  
                                                 United States Magistrate Judge