Joe Ramsey, State Bar #032623
Attorney at Law
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone:    (916) 646-6344
Facsimile:    (916) 646-6345
E-mail:       joe@joeramseylaw.com

C. Athena Roussos, State Bar #192244
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA 95757
Telephone:    (916) 670-7901
Facsimile:    (916) 670-7921
Email:        athena@athenaroussoslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY D. GRANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No.: 07-CV-2700-JAM-JFM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PALADINO DEPOSITION** |

　　　　It is hereby stipulated by and between the undersigned counsel for the respective parties hereto that, the deposition of Dr. Gabrielle Paladino may be taken on Friday, March 2, 2012, even though the factual discovery cutoff date is Thursday, March 1, 2012

Dated:  February 22, 2012                    /s/ Joe Ramsey
　　　　　　　　　　　　　　　　　　　　　　JOE RAMSEY
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Stipulation and Order to Extend Time for Paladino Deposition - 1

Dated: February 22, 2012

Kamala D. Harris
Attorney General of California
Ismael A. Castro
Supervising Deputy Attorney General

/s/ Elizabeth A. Linton
(as authorized on 2/22/2012)
Elizabeth A. Linton
Deputy Attorney General
Attorneys for Defendants

IT IS SO ORDERED

Dated:  March 5, 2012.

/s/ John F. Moulds
John F. Moulds
U.S. Magistrate Judge