Joe Ramsey, State Bar #032623
Attorney at Law
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone:      (916) 646-6344
Facsimile:      (916) 646-6345
E-mail:         joe@joeramseylaw.com

C. Athena Roussos, State Bar #192244
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA 95757
Telephone:      (916) 670-7901
Facsimile:      (916) 670-7921
Email:          athena@athenaroussoslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY D. GRANT,<br><br>    Plaintiff,<br><br>    vs.<br><br>SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No.: 07-CV-2700-JAM-JFM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PALADINO DEPOSITION** |

On February 22, 2012, the parties stipulated to allow the deposition of Dr. Paladino on March 2, 2012, one day after the original factual discovery cut-off date. [See Dkt. 60]. Due to unforeseen circumstances, the deposition was unable to proceed on that date. Accordingly, it is hereby stipulated by and between the undersigned counsel for the respective parties hereto that, the deposition of Dr. Gabrielle Paladino may be taken on Wednesday, March 14, 2012, even though the factual discovery cut-off date was Thursday, March 1, 2012.

//

| | |
|---|---|
| Dated:  March 6, 2012 | /s/ Joe Ramsey<br>JOE RAMSEY<br>Attorney for Plaintiff |
| Dated: March 6, 2012 | Kamala D. Harris<br>Attorney General of California<br>Ismael A. Castro<br>Supervising Deputy Attorney General<br><br>/s/ Elizabeth A. Linton<br>(as authorized on 3/6/2012)<br><br>Elizabeth A. Linton<br>Deputy Attorney General<br>Attorneys for Defendants |

IT IS SO ORDERED

Dated: March 9, 2012.

/s/ John F. Moulds

United States Magistrate Judge