Joe Ramsey, State Bar #032623
Attorney at Law
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone:     (916) 646-6344
Facsimile:     (916) 646-6345
E-mail:          joe@joeramseylaw.com

C. Athena Roussos, State Bar #192244
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA 95757
Telephone:     (916) 670-7901
Facsimile:     (916) 670-7921
Email:          athena@athenaroussoslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY D. GRANT, <br><br> Plaintiff, <br><br> vs. <br><br> SCHWARZENEGGER, et al., <br><br> Defendants. | Case No.: 07-CV-2700-JAM-JFM <br><br> **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

It is hereby stipulated by and between the undersigned counsel for the respective parties hereto that the dates in the current Scheduling Order (Dkt #55) for designation and expert reports, for rebuttal designation and expert reports, and for completing expert depositions may be extended approximately one month.  All other dates in the scheduling order are to remain unchanged.

Specifically, the parties stipulate to the following changes to the current Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Factual Discovery Cut-Off | March 1, 2012 | Completed with the exception of the deposition of Dr. Gabrielle Paladino which was extended pursuant to stipulation and Order by the Court (Dkt. #62) to March 14, 2012 |
| Expert Designations & Reports | March 29, 2012 | April 30, 2012 |
| Rebuttal Designations & Reports | April 26, 2012 | May 25, 2012 |
| Expert Discovery Cut-Off | May 24, 2012 | June 25, 2012 |
| Pre-Trial Motion Cut-Off (motions to be filed by) | July 26, 2012 | July 26, 2012 |
| Pre-Trial Conference | October 30, 2012 | October 30, 2012 |
| Trial | December 3, 2012 | December 3, 2012 |

IT IS SO STIPULATED


Dated:  March 13, 2012                                    /s/ Joe Ramsey
                                                         JOE RAMSEY
                                                         Attorney for Plaintiff


Dated: March 13, 2012                                    Kamala D. Harris
                                                         Attorney General of California
                                                         Ismael A. Castro
                                                         Supervising Deputy Attorney General

                                                         /s/ Elizabeth A. Linton
                                                         (as authorized on 3/13/12)
                                                         Elizabeth A. Linton
                                                         Deputy Attorney General
                                                         Attorneys for Defendants

IT IS SO ORDERED

**Date:  3/30/2012**


_____
UNITED STATES MAGISTRATE JUDGE


Stipulation and Order Amending Scheduling Order - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28