IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY D. GRANT,

    Plaintiff,   No. 2:07-cv-2700 KJM JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

    Defendants.   ORDER

/

    On April 17, 2012, defendants filed a statement noting plaintiff's death on April 9, 2012.  Defendants will be directed to forthwith serve the statement noting death on any known successors or representatives of plaintiff as provided in Fed. R. Civ. P. 4.  See Fed. R. Civ. P. 25(a)(3); see also Barlow v. Ground, 39 F.2d 231, 233-34 (9th Cir. 1994).

    Defendants have also requested that all deadlines currently set in this action be vacated and reset, as appropriate, should an appropriate party be substituted in for plaintiff by subsequent court order.  Defendants represent that plaintiff's court-appointed attorney concurs in this request.

    Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. Defendants shall serve the April 17, 2012 statement noting death pursuant to Federal Rule of Civil Procedure 25(a)(3) within twenty days of this order and shall file a certificate of service with the court;

2. Defendants' April 17, 2012 request to vacate dates is granted; and

3. All deadlines currently set in this action are vacated.

DATED: April 24, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
gran2700.death.sug