IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY D. GRANT,

      Plaintiff,                            No. 2:07-cv-2700 KJM JFM (PC)

   vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                      ORDER

                                 /

         This is a civil rights action pursuant to 42 U.S.C. § 1983 brought by plaintiff who is now deceased. Prior to plaintiff's death, the court appointed counsel to represent plaintiff. On July 9, 2012, plaintiff's counsel filed a motion for an order substituting Frederick Hoffman in place of plaintiff and for order appointing counsel to represent Mr. Hoffman. The motion is set for hearing before the undersigned on September 6, 2012. On August 22, 2012, defendants filed a response to the motion. After review of the motion and the response thereto, the motion will be resolved by this order without oral argument. See Local Rule 230(g) (E.D.Cal.).

         There is no dispute that Mr. Hoffman is plaintiff's successor-in-interest, and defendants state in their response that it appears "likely" that Mr. Hoffman is "a proper party to substitute into the action." Defendants' Response, at 3. Defendants question whether he can recover damages in this action and on that basis "question the continued viability of the case, and

the need to substitute Mr. Hoffman as a party in this action." Id.  Defendants rely on an opinion from a judge in this court applying California law and holding that a plaintiff in a survival action cannot seek damages for pain and suffering.  Id.  It is not clear from the record that the damages sought by plaintiff are limited to pain and suffering.  For that reason, the court will not reach at this time the legal question tendered by defendants.  Plaintiff's motion for substitution will be granted.[1]

Defendants do not oppose appointment of counsel for plaintiff in the event the motion to substitute is granted.

In accordance with the above, and good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing set for September 6, 2012 is dropped from calendar;

2. Plaintiff's July 9, 2012 motion to substitute Frederick Hoffman in as plaintiff in this action is granted;

3. Henceforth this action shall be denominated <u>Frederick Hoffman v. Governor Arnold Schwarzenegger, et al.</u>, No. 2:07-cv-2700 KJM JFM P;

4. Plaintiff's July 9, 2012 motion for appointment of counsel is granted; and

5. Joe Ramsey, Esq. is appointed to represent plaintiff Frederick Hoffman in this action.

DATED: September 4, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
hoff2700.o

---

[1] Nothing in this order precludes defendants from raising the argument at a later stage of these proceedings.