C. ATHENA ROUSSOS, State Bar # 192244
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA  95757
Telephone: (916) 670-7901
Facsimile: (916) 670-7921

Attorneys for Plaintiff, Frederick Hoffman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FREDERICK HOFFMAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | Case No.: 07-CV-2700-KJM-JFM<br><br>**STIPULATION AND SCHEDULING ORDER** |
|---|---|

In light of the recent death of lead counsel for Plaintiff, Joe Ramsey, the parties have agreed to continue the current pretrial dates for approximately 60 days.  Accordingly, the parties propose the following new dates for the scheduling order:

| Event: | Proposed Deadline: |
|---|---|
| Expert Designations & Reports | January 15, 2013 |
| Rebuttal Designations & Reports | February 19, 2013 |
| Expert Discovery Cutoff | March 26, 2013 |
| Pretrial Motion Cut-off (motions to be filed by) | May 21, 2013 |
| Pretrial Conference | August 23, 2013 |
| Trial | October 4, 2013 |

**IT IS SO STIPULATED.**

Dated: October 17, 2012         By:  /s/ C. Athena Roussos
                                     C. ATHENA ROUSSOS
                                     Attorney for Plaintiff


Dated: October 17, 2012              KAMALA D. HARRIS
                                     Attorney General of California
                                     Niromi W. Pfeiffer
                                     Supervising Deputy Attorney General

                                By:/s/  Brenda Ray
                                     BRENDA RAY
                                     Deputy Attorney General
                                     Attorneys for Defendants

**IT IS SO ORDERED.**

**Date:  10/24/2012**

_____
UNITED STATES MAGISTRATE JUDGE

/hoff2700.ext