IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK HOFFMAN,

        Plaintiff,                          No. 2:07-cv-2700 KJM JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

        Defendants.                 <u>ORDER</u>

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2012, plaintiff filed a motion for appointment of counsel in place of his court appointed attorney, who is now deceased. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 18, 2012 motion for appointment of counsel is granted;

        2. C. Athena Roussos, Esq. is appointed to represent plaintiff Frederick Hoffman in this action.

DATED: October 23, 2012.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12;hoff2700.o2

1