Kamala D. Harris, State Bar No. 146672
Attorney General of California
Niromi W. Pfeiffer, State Bar No. 154216
Supervising Deputy Attorney General
Brenda A. Ray, State Bar No. 164564
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5208
 Fax: (916) 324-5567
 E-mail: Brenda.Ray@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK HOFFMAN,** <br><br> Plaintiff, <br><br> v. <br><br> **GOVERNOR ARNOLD SCHWARZENEGGER, et al.,** <br><br> Defendant. | 2:07-CV-2700-TLN-JFM (PC) <br><br> **AMENDED STIPULATION AND SCHEDULING ORDER** <br><br> Judge:  The Honorable Troy L. Nunley <br> Action Filed:  December 14, 2007 |

The parties have agreed to continue the current pretrial dates for approximately 60 days.

Accordingly, the parties propose the following new dates for the scheduling order:

| Event: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Expert Designations & Reports | April 29, 2013 | June 28, 2013 |
| Rebuttal Designations & Reports | June 3, 2013 | August 2, 2013 |
| Expert Discovery Cutoff | July 11, 2013 | September 9, 2013 |
| Pretrial Motion Cut-off (motions to be filed by) | September 5, 2013 | November 4, 2013 |

| Pretrial Conference | December 12, 2013 at 3:30 p.m. | January 16, 2014 at 2:00 p.m. |
| --- | --- | --- |
| Trial | January 21, 2014 at 9:00 a.m. | March 17, 2014 at 9:00 a.m. |

**IT IS SO STIPULATED.**

Dated:  April 26, 2013

KAMALA D. HARRIS
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General

/s/ *Brenda A. Ray*

BRENDA A. RAY
Deputy Attorney General
*Attorneys for Defendant*

Dated: April 26, 2013

 */s/ C. Athena Roussos*
C. ATHENA ROUSSOS
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

Dated:  May 3, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12
Hoff2700.stip6

2