IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK HOFFMAN,

      Plaintiff,                      No. 2:07-cv-2700 TLN JFM (PC)

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                <u>ORDER</u>

        At the request of the court, this matter came on for telephonic status conference on May 3, 2013. C. Athena Roussos, Attorney At Law, appeared as counsel for plaintiff. Brenda Ann Ray, Deputy Attorney General, appeared as counsel for plaintiff. After hearing, and good cause appearing, IT IS HEREBY ORDERED that:

        1. This matter is now set for settlement conference before the Honorable Edmund F. Brennan in on August 22, 2013 at 10:00 a.m. in Courtroom # 8.

        2. The parties are directed to submit confidential settlement conference statements to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements.

1

1 Each party is reminded of the requirement that it be represented in person at the settlement
2 conference by a person able to dispose of the case or fully authorized to settle the matter at the
3 settlement conference on any terms.  <u>See</u> Local Rule 270.
4 DATED: May 7, 2013.

```
                              /s/ Dale A. Drozd
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

12
hoff2700.set