IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK HOFFMAN,

        Plaintiff,                    No. 2:07-cv-2700 TLN JFM P

    vs.

SCHWARZENEGGER, et al.,

        Defendants.          <u>ORDER</u>

                                 /

        Counsel for plaintiff has notified the court that the parties have reached a settlement in the above-captioned case and requests that the time to file dispositional documents pursuant to Local Rule 160 be extended to November 4, 2013. Good cause appearing, that will be the order of the court.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Documents disposing of this action shall be filed with the court no later than November 4, 2013; and

/////

/////

/////

/////

1

1   2.  All hearing dates heretofore set in this matter, including the settlement
2   conference set for August 22, 2013 at 10:00 a.m. before the Honorable Edmund F. Brennan are
3   vacated.
4   DATED: August 15, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12
hoff2700.58b