1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  NIROMI W. PFEIFFER, State Bar No. 154216
   Supervising Deputy Attorney General
3  BRENDA A. RAY, State Bar No. 164564
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5208
6   Fax: (916) 324-5567
    E-mail: Brenda.Ray@doj.ca.gov
7  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK HOFFMAN,** | 2:07-CV-2700-TLN-JFM (PC) |
| Plaintiff, | **STIPULATION SUBSTITUTING THE CALIFORNIA DEPARTMENT OF STATE HOSPITALS FOR DEFENDANTS MAYBERG, PALADINO, AND DEMORALES** |
| v. | |
| **GOVERNOR ARNOLD SCHWARZENEGGER, et al.,** | Judge: The Honorable Troy L. Nunley |
| | Trial Date: |
| Defendant. | Action Filed: December 14, 2007 |

The parties, plaintiff Frederick Hoffman, and defendants, Gabrielle Paladino, M.D., John DeMorales, and Stephen Mayberg, agree, through their attorneys C. Athena Roussos, Esq., and Deputy Attorney General Brenda A. Ray, respectively, that the California Department of State Hospitals shall be substituted for defendants Paladino, DeMorales, and Mayberg. The sole remaining defendant in this matter will henceforth be the California Department of State Hospitals and defendants Paladino, DeMorales, and Mayberg will no longer be parties to this action.

1

Dated: August 13, 2013

KAMALA D. HARRIS
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General

__/s/ Brenda A. Ray_____
BRENDA A. RAY
Deputy Attorney General
*Attorneys for Defendants*

Dated: August 13, 2013

_/s/C. Athena Roussos_____
C. ATHENA ROUSSOS
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: August 15, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12
hoff2700.sub

2